United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11212-pmm |
| Todd Alan Staub | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4   User: admin   Page 1 of 1
Date Rcvd: Mar 31, 2025   Form ID: 130   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Todd Alan Staub, 200 Sianna Circle, Wernersville, PA 19565-2303 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. TIDD | on behalf of Debtor Todd Alan Staub bankruptcy@davidtiddlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 130* (3/23)−doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|    Todd Alan Staub ) | | Case No. 25−11212−pmm |
| ) | | |
| ) | | |
| Debtor(s). ) | | Chapter: 13 |
| ) | | |
| ) | | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Means Test Calculation 122C−2 Due 4/14/25
   Plan Due 4/14/25
   Schedules A/B Due 4/14/25
   Schedules C Due 4/14/25
   Schedules D Due 4/14/25
   Schedules E/F Due 4/14/25
   Schedules G Due 4/14/25
   Schedules H Due 4/14/25
   Schedules I Due 4/14/25
   Schedules J Due 4/14/25
   Statement of Attorney Compensation Due 4/14/25
   Statement of Current Monthly Income (122C−1) Due 4/14/25
   Statement of Financial Affairs Due 4/14/25
   Summary of Assets and Liabilities Due 4/14/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: March 31, 2025

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court