UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re.  Todd Staub, | : | No. 25-11212-pmm |
| | : | |
| Debtor. | : | Chapter 13 |

ORDER ON MOTION FOR EXTENSION OF TIME

AND NOW, this 16th day of April, 2025, it is hereby ORDERED that Debtor shall have until April 25, 2025 to file the balance of the Petition in the above-captioned matter.

BY THE COURT:

*Patricia M. Mayer*

_____
Patricia M. Mayer
U.S. Bankruptcy Judge