UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Todd Alan Staub, | : | No. 25-11212-pmm |
| | : | |
| Debtor. | : | Chapter 13 |

## MOTION FOR EXTENSION OF TIME

1. Debtor hereby requests an extension of time to file the balance of his Petition in the above-captioned matter and in support thereof avers as follows:

2. Debtor filed the above-captioned case on March 29, 2025; the balance of Debtor's Petition is due by April 25, 2024.

3. Debtor requires an extension until May 10, 2025 to file the remainder of his Petition. 5. No creditors will be prejudiced by an extension to file.

WHEREFORE, Debtor respectfully requests this Honorable Court grant him an extension until May 10, 2025 to file the balance of his Petition.

May 5, 2025, 2025                              /s/ David W. Tidd
                                               David W. Tidd, Esquire
                                               200 Spring Ridge Drive
                                               Suite 200
                                               Wyomissing, PA 19610
                                               Phone: 610-838-8700
                                               Fax:   610-743-8676
                                               Email: bankruptcy@davidtiddlaw.com