UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re. Todd Alan Staub, | : | No. 25-11212-pmm |
| | : | |
| Debtor. | : | Chapter 13 |

ORDER ON MOTION FOR EXTENSION OF TIME

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that Debtor shall have until May _____ , 2025 to file the balance of the Petition in the above-captioned matter.

BY THE COURT:

_____
Patricia M. Mayer
U.S. Bankruptcy Judge