<u>**UNITED STATES BANKRUPTCY COURT**</u>
<u>**EASTERN DISTRICT OF PENNSYLVANIA**</u>

**IN RE: Todd Alan Staub,**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
|  | : |  |
| **Debtor.** | : | **Bky. No. 25-11212 (PMM)** |

<u>**O R D E R**</u>

AND NOW, upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 11, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **May 12, 2025**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED. If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before July 11, 2025.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTORS' COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*Patricia M. Mayer*

**Date: 5/5/25**

———————————————
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**