| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-11212-PMM**

Todd Alan Staub  
200 Sianna Circle  
Wernersville  PA    19565

Petition Filed Date: 03/29/2025  
341 Hearing Date: 06/10/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/04/2025 | $348.52 | | 06/09/2025 | $348.52 | | 07/14/2025 | $348.52 | |

**Total Receipts for the Period:  $1,045.56   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,394.08**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | USAA FEDERAL SAVINGS BANK<br>»» 002 | Unsecured Creditors | $25,628.55 | $0.00 | $0.00 |
| 0 | DAVID W TIDD ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 3 | PNC BANK<br>»» 003 | Unsecured Creditors | $20,473.38 | $0.00 | $0.00 |
| 4 | SOFI BANK<br>»» 004 | Unsecured Creditors | $58,033.55 | $0.00 | $0.00 |
| 5 | LOANCARE SERVICING CENTER<br>»» 005 | Mortgage Arrears | $50.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11212-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,394.08 | Current Monthly Payment: | $348.52 |
| Paid to Claims: | $0.00 | Arrearages: | $348.52 |
| Paid to Trustee: | $76.68 | Total Plan Base: | $12,546.72 |
| Funds on Hand: | $1,317.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.