United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-11212-pmm

Todd Alan Staub Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Alan Staub, 200 Sianna Circle, Wernersville, PA 19565-2303 |
| 14992249 | | Pnc Financial, Cleveland, OH 44101 |
| 14992255 | | Toyota Financial Services, Dallas, TX 75265 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 27 2026 01:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 27 2026 01:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 02:01:50 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 15056490 | + | Email/Text: dsgrdg@ptdprolog.net | Mar 27 2026 01:59:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 15059338 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 02:01:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14994187 | ^ | MEBN | Mar 27 2026 01:54:05 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14992248 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 27 2026 01:58:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14992252 | | Email/Text: EBN@Mohela.com | Mar 27 2026 01:58:00 | Sofi Lending Corp/Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15014748 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2026 01:58:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 14992250 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 27 2026 01:58:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 15015515 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 02:01:57 | Sofi Bank, National Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14992251 | ^ | MEBN | Mar 27 2026 01:54:36 | Sofi Lending Corp/Mohela, 1 Letterman Dr, San Francisco, CA 94129-1494 |
| 14992253 | | Email/Text: bncmail@w-legal.com | Mar 27 2026 01:59:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 14992254 | | Email/Text: bncmail@w-legal.com | | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 22

| Mar 27 2026 01:59:00 | Target, c/o Financial & Retail Srvs Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |

14992256          ^  MEBN

| Mar 27 2026 01:54:15 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259004, Plano, TX 75025-9004 |

15000280          + Email/Text: ToyotaBKNotices@nationalbankruptcy.com

| Mar 27 2026 01:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

15006148          + Email/Text: RASEBN@raslg.com

| Mar 27 2026 01:58:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

14992258            Email/Text: bkelectronicnotices@usaa.com

| Mar 27 2026 01:58:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

14992257            Email/Text: bkelectronicnotices@usaa.com

| Mar 27 2026 01:58:00 | Usaa Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID     Bypass Reason   Name and Address
15016421     *+              LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:

Name                          Email Address

DAVID S. GELLERT
                              on behalf of Debtor Todd Alan Staub dsgrdg@ptdprolog.net

DAVID W. TIDD
                              on behalf of Debtor Todd Alan Staub bankruptcy@davidtiddlaw.com

MATTHEW K. FISSEL
                              on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                              ECFMail@ReadingCh13.com

United States Trustee
                              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                  :

     TODD ALAN STAUB                :       Chapter 13

                            :

     Debtor                        :       Bankruptcy No. 25-11212 PMM

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.    This chapter 13 bankruptcy case is **DISMISSED.**

2.    Any wage orders previously entered are **VACATED.**

3.    Pursuant to 11 U.S.C. § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. § 349(b)(3).

4.    All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5.    **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtors shall file either:**

    (a)    a certification of no response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b)    a certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6.    If no certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor's Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor pursuant to 11 U.S.C. § 1326(a)(2).

                  BY THE COURT:

**Date: March 26, 2026**

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge