**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :
        TODD ALAN STAUB                          :            Chapter 13
                                                 :
        Debtor                                   :            Bankruptcy No. 25-11212 PMM

**CERTIFICATION OF NO OBJECTION**

AND NOW, this 15th day of April, 2026, David S. Gellert, Esquire, of David S. Gellert,

P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was

filed or served on him with respect to the Notice dated March 24, 2026 of the filing of the

Application for Compensation and Reimbursement of Expenses.

        It is further certified that no other application for administrative expense has been filed.

Dated: April 15, 2026                         s/   David S. Gellert
                                           David S. Gellert, Esquire
                                           David S. Gellert, P.C.
                                           3506 Perkiomen Avenue
                                           Reading, PA 19606
                                           (610) 779-8000
                                           dsgrdg@ptdprolog.net